UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. | 5:25-cv-00308-SSS-SHKx |
| Date | July 10, 2025 |
| Title | Fahad Ali Khan v. JP Morgan Chase Bank, N.A. |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE**

On February 3, 2025, Defendants removed the present case to this Court. [Dkt. 1]. On March 12, 2025, Defendant filed a motion to dismiss Plaintiff's Complaint, as well as a proof of service. [Dkts. 16, 17]. Plaintiff did not oppose the motion, and did not attend the related hearing. The Court granted the motion to dismiss with leave to amend, [Dkt. 23], but Plaintiff failed to file an amended complaint.

Further, this Court received returned mail of numerous court filings from the address listed for Plaintiff. [Dkts. 14, 15, 18, 19, 25, 26]. Local Rule 41-6 requires pro se parties to keep the Court informed of the party's current address and contact information and warns parties that failure to do so may result in dismissal of the action with or without prejudice for failure to prosecute.

Accordingly, on June 5, 2025, the Court issued an Order to Show Cause as to why this case should not be dismissed for lack of prosecution. [Dkt. 27]. Defendant filed proof of service of the Order to Show Cause, as directed. [Dkt. 28]. The Court ordered Plaintiff to respond in writing by July 7, 2025, and stated failure to file a written response may result in dismissal of this case under Federal Rule of Civil Procedure 41(b). [Dkt. 27]. Plaintiff failed to respond.

Because there is no operative complaint, and Plaintiff has failed to prosecute this action and obey Court orders, the Court **DISMISSES** this action **WITH PREJUDICE**.  The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED.**